**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

LARRY RUNK, II,                                    : No. 284 MAL 2014
                                                                :
              Petitioner                   :
                                                                : Petition for Allowance of Appeal from the
                                                                : Order of the Superior Court
        v.                                       :
                                                                :
                                                                :
                                                                :
JOHN L. PENNOCK, M.D., AND              :
CAPITAL AREA CARDIOVASCULAR       :
SURGICAL INSTITUTE, P.C.,                    :
                                                                :
          Respondents             :


## ORDER


**PER CURIAM**

     **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.